STATE OF NORTH CAROLINA v. CONNIE ABNER SPEARS

No. 7023SC506

(Filed 16 September 1970)

APPEAL by defendant from *Beal, S.J.,* Regular April 1970 Criminal Session, WILKES Superior Court.

Defendant pleaded guilty to the crime of robbery and judgment imposing an active prison sentence was entered. An order

was also entered revoking defendant's probation and placing a suspended sentence into effect. Defendant appealed.

*Attorney General Robert Morgan by Staff Attorney Ernest L. Evans, for the State.*

*McElwee, Hall and Herring by Jerone C. Herring for defendant appellant.*

VAUGHN, J.

With commendable frankness counsel for defendant states that he is unable to find prejudicial error in this case. After a careful examination of the face of the record, we are satisfied that no prejudicial error appears thereon.

Affirmed.

CAMPBELL and BRITT, JJ., concur.